PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

FILED
JUN 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE

Southern District of California

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 01-CR-0923-002-L |
| Juan Miguel GUIZAR | |

On September 27, 2001 the above named was placed on probation/supervised release for a period of 5 years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer
Lisa Bishop

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 18th day of June, 2008.

_____
United States District Judge
The Hon. M. James Lorenz